**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**EDGARDO RODRIGUEZ RODRIGUEZ**<br>xxx–xx–7669<br><br>Debtor(s) | Case No. **09–04192 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 6/12/14 |

*ORDER DISMISSING CASE*

The motion to dismiss filed by the chapter 13 trustee (docket #19), having been duly notified to all parties in interest, and no replies having been filed, it is now

ORDERED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

ORDERED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

SO ORDERED.

In Ponce, Puerto Rico, this Thursday, June 12, 2014 .

Edward A. Godoy
United States Bankruptcy Judge